```
Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213


Attorney for Defendant WEI LUN ZHOU
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CRS 06 0337 EJG |
| Plaintiff, | ) STIPULATION AND ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE AND EXCLUDING ) TIME |
| WEI LUN ZHOU, *et al.,* | ) |
| Defendants. | ) |
| _____ | ) |

**STIPULATION**

It is hereby stipulated by the defendants though their undersigned counsel, and the United States, through its undersigned counsel, that the status conference presently set for Friday, January 19, 2007 be continued without appearance to **Friday, March 2, 2007 at 10:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) until March 2, 2007 due to the complexity of the case based upon the government's representations and discovery provided indicating allegations that there are now in excess of 50 grow sites associated with this case with eight new defendants being added within the past week.  There are also debriefings and

additional discovery forthcoming in connection with the same. Defendants have received to date in excess of 800 pages of report discovery and CD's containing photographic evidence from each alleged grow sites which either have been or will shortly be provided by the United States. All counsel need this additional time to prepare for a meaningful status conference and to obtain and review the additional discovery materials prior to setting of motion and trial dates. This additional time is also necessary to effectuate meaningful discussions concerning the possibility of settlement with the various defendants.

Dated: January 17, 2007

/s/ Robert M. Twiss, Assistant U.S. Attorney
Counsel the United States

/s/ Robert M. Holley
Counsel for defendant Wei Lun Zhou

/s/ William Bonham
Counsel for defendant Christy Tan

/s/ Tim Warriner
Counsel for defendant John Hin

**ORDER**

GOOD CAUSE APPEARING and upon the stipulation of the parties,

IT IS HEREBY ORDERED THAT the status conference presently set for Friday, January 19, 2007 at 10:00 a.m. be continued to Friday, March 2, 2007 at 10:00 a.m.

It is further ordered that time be excluded from January 19, 2007 up to and including March 2, 2007 pursuant to the Speedy Trial Act, 18

U.S.C. Section 3161(h)(8)(B)(ii) based upon complexity (Local Code T2) and sufficient time for counsel to prepare (Local Code T4).

Dated: January 17, 2007

/s/ Edward J. Garcia
THE HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE