1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Steet, 2nd Flkr., Ste. A
3  Sacramento, California 95814
   Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| CHRISTY TAN, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, June 29, 2007, should be vacated and continued until Friday, August 17, 2007, at 10:00 a.m..

Further continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients with regard to entry of pleas. Both remaining defendants, Christy Tan and Wei Lun Zhou have entered extensive negotiations with the Government involving immunity pleas. As to Defenant Tan, due to language and cultural barriers, further time is needed to fully explain the negotiations and the Federal Sentencing Guidelines and other Federal legal procedures, including the "mandatory minimums". Similar difficulties have been expressed by Attorney Robert Holley, in authorizing his signature for this

stipulation for continuance. AUSA Robert Twiss agreed to allow furthertime to explain the pleas as to both defendants and request that the matter be set after the second week of August due to vacation and other conflicts where he will be unavailable the last week of July through the second week of August.

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and due to the complexity of the case [Local Code T2] up to and including August 17, 2007.

Accordingly, the defendants and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Friday, August 17, 2007. Furthermore, the Defendants and the United States agree and stipulate that the needs of counsel to advise their respective clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

Dated: June 26, 2007

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                  /s/ Robert M. Twiss
                                      By:_____
                                            ROBERT M. TWISS
                                            Assistant U.S. Attorney

Dated: June 26, 2007

                                                  CHRISTY TAN
                                                Defendant

                                                By:/s/William E. Bonham
                                                WILLIAM BONHAM
                                                Counsel for Defendant

```
Dated: June 26, 2007
                                    WEI LUN ZHOU
                                    Defendant


                               By:/s/ Robert M. Holley
                                  ROBERT M. HOLLEY
                                  Counsel for Defendant
```

## ORDER

IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Friday, August 17, 2007 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients regarding their plea.  I further find that the needs of counsel to evaluate the plea and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexitty of the case as previously found [Local Code T2]up to and including August 17, 2007.

Dated: June 27, 2007


                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior U.S. District Judge